FILED
RICHARD W. NAGEL
CLERK OF COURT

21 JUN 22 PM 3: 46

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
CINCINNATI, OHIO

Charles Martin
8317 Kenwood Road, Apt. D-11
Cincinnati, OH 45236

        Plaintiff        Case No. 1:20-cv-01003

                                      (Barrett, J.)
v.                                (Bowman, Mag.)

Mitsubishi Electric Automotive America, Inc.
4773 Bethany Road
Mason, OH 45040

        Defendant

**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE**

     The parties having entered into a settlement agreement amicably resolving all claims raised in this litigation, Plaintiff Charles Martin, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Dismissal of his previously-filed, but heretofore unserved, Complaint in the above-captioned action, with prejudice. All costs taxed to Plaintiff.

                                     Respectfully submitted,

                                       _____
                                       Charles Martin, Plaintiff